NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIYAHOU HARARI, ROBERT D. NORMAN, AND SANJAY MEHROTRA,**

*Appellants,*

v.

**ANDREI MIHNEA, JEFFREY KESSENICH, AND CHUN CHEN,**

*Appellees.*

---

2010-1076

(Interference No. 105,645)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of Eliyahou Harari, et al.'s unopposed motion for a 28-day extension of time, until November 22, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 0 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Timothy R. Volpert, Esq.
Thomas J. D'Amico, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2010

JAN HORBALY
CLERK